UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> HARVEY C. HARBAUGH et al., <br><br> Defendants. | CASE NO. C19-1761 MJP <br><br> ORDER DENYING STIPULATED MOTION FOR CONTINUANCE |

The Court, having received and reviewed the parties' Stipulation and Proposed Order to Continue the Trial Date (Dkt. No. 18), enters the following ruling:

Mediation is not good cause for a continuance and a continuance is not required by the local rules. The Parties are certainly free to engage in ongoing negotiations and/or mediation and to settle at any time, but the Court cannot make its trial schedule dependent on an anticipated timeline for mediation. There are hundreds of mediators to choose from but only one federal judge scheduled time to try this case. Further, trial dates six months from now are already taken.

1  Mediation schedules do not trump trial schedules; rather, the opposite is true.  The Motion is

2  DENIED.

3

4          The clerk is ordered to provide copies of this order to all counsel.

5          Dated March 2, 2021.

                                                      Marsha J. Pechman
                                                      United States Senior District Judge