UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>HARVEY HARBAUGH, et al.,<br><br>        Defendant. | CASE NO. C19-1761 MJP<br><br>ORDER GRANTING IN PART DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS |

This matter comes before the Court upon Defendants' Motion to Dismiss (Dkt. No. 50) and Supplemental Motion to Dismiss (Dkt. No. 51). Having read the Response (Dkt. No. 53) and the related record and for the reasons stated on the record (Dkt. No. 54) the Court GRANTS the Motions in part and DENIES the Motions in part as follows:

(1) Defendants' Motion to Dismiss (Dkt. No. 50) is GRANTED in part and Defendant Harvey Harbaugh is DISMISSED. The remainder of Defendants' Motion to Dismiss is DENIED;

1    (2) Defendants' Supplemental Motion to Dismiss (Dkt. No. 51) is GRANTED in part and

2        Plaintiff's request for economic damages will not be presented to the jury. The

3        remainder of Defendants' Supplemental Motion to Dismiss is DENIED.

5    The clerk is ordered to provide copies of this order to all counsel.

6    Dated April 26, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge