UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY TAYLOR,<br><br>            Plaintiff,<br><br>    v.<br><br>HARVEY C. HARBAUGH et al.,<br><br>            Defendants. | CASE NO. C19-1761 MJP<br><br>SPECIAL VERDICT FORM |

We the jury, provide the following answers to the questions submitted by the Court:

**QUESTION NO. 1:** Did Plaintiff prove her claim of housing discrimination?

ANSWER: __No__ (write Yes or No).

**QUESTION NO. 2:** Did Plaintiff prove her claim of failure to provide a reasonable accommodation?

ANSWER: __NO__ (write Yes or No).

SPECIAL VERDICT FORM - 1

1     **QUESTION NO. 3:** Did Plaintiff prove her claim of retaliation?

2     ANSWER: __Yes_____ (write Yes or No).

3

4     *If you answered "Yes" to any of Questions 1 through 3, please answer Question 4. If you*

5 *answered "No" to Questions 1, 2, and 3, then do not answer the remaining questions, and please*

6 *sign and date the special verdict form.*

7

8     **QUESTION NO. 4**: Did Ms. Taylor suffer damages proximately caused by the actions

9 of the Defendants?

10     ANSWER: __Yes_____ (write Yes or No).

11

12     *If you answered "Yes" to Question No. 4, please answer Question No. 5. If you answered*

13 *"Yes" to any of Questions 1, 2, or 3 but "No" to Question No. 4, please proceed to Question No.*

14 *6.*

15

16     **QUESTION NO. 5:** What do you find to be the amount of damages sustained by Ms.

17 Taylor?

18     Past Emotional Harm:      $__5000_____

19     Future Emotional Harm:      $__0_____

20

21

22

23

24

SPECIAL VERDICT FORM **-** 2

**QUESTION NO. 6:** If you found for Ms. Taylor but determined that she failed to prove damages, you must award nominal damages not to exceed one dollar.  *Only answer this question if your answer to Question No. 4 was "No."*

Amount of nominal damages (not to exceed $1.00):     $ _____

**Presiding Juror, please sign and date this Special Verdict Form. You may sign this by writing: /s [presiding juror name].**

Dated April **26**, 2021.

_____
Presiding Juror

SPECIAL VERDICT FORM **-** 3